RECEIVED & FILED
AUG 2 7 2010
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re:

NOTTINGHAM VILLAGE
DEVELOPMENT CORPORATION,

        Debtor

**ORDER TO SHOW CAUSE**

Case No. 09-13311

---

MARC S. EHRLICH, TRUSTEE,

        Plaintiff

against

FRIAR TUCK RESORTS, INC., FRIAR TUCK INN
OF THE CATSKILLS, INC. and BUCKINGHAM
VILLAGE RESORTS, INC.,

        Defendants

Adv. Case No. 10-90120

---

Upon the annexed affidavit of Marc S. Ehrlich, Chapter 7 Trustee, sworn to the 27th day of August, 2010, and upon good cause being shown,

LET FRIAR TUCK RESORTS, INC., FRIAR TUCK INN OF THE CATSKILLS, INC. and BUCKINGHAM VILLAGE RESORTS, INC. before this Court on the 1st day of September [August crossed out], 2010 at 9:00 A.M. at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, Room 445, why an Interim Order should not be entered determining that the Trustee of Nottingham Village Development Corporation is the sole shareholder, or in the alternative, majority shareholder of each of the three defendant corporations and to show cause why defendants Friar Tuck Resorts, Inc., Friar Tuck Inn of the Catskills, Inc., and Buckingham Village Resorts, Inc. should not immediately cease operation pending a final determination of the issues raised in this adversary proceeding.

Sufficient cause appearing, let service of this Order to Show Cause along with a

copy of the affidavit in support thereof by fax transmission and by ECF-PACER transmission by August 27, 2010, on Francis Brennan, Esq., of Nolan & Heller, attorneys for Friar Tuck Resorts, Inc.; on Christian H. Dribusch, Esq., attorney for Nottingham Village Development Corporation and Friar Tuck Inn of the Catskills, Inc.; on Richard Weisz, Esq., of Hodgson Russ, LLP, attorneys for USB Friar Tuck Reo, Inc. and Ulster Savings Bank; on Buckingham Village Resorts, Inc., by overnight mail serve on its principals Ricky Caridi, Jr. and Rosario Caridi, by August 27, 2010, by fax transmission and by ECF-PACER only upon Office of the United States Trustee; be deemed good and sufficient service.

Dated: Aug. 27, 2010
Albany, New York

_____
Hon. Robert E. Littlefield, Jr.
Chief U.S. Bankruptcy Court Judge