UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re:

    NOTTINGHAM VILLAGE
    DEVELOPMENT CORP.,

                               Debtor                      Case No: 09-13311

---

MARC S. EHRLICH, TRUSTEE                      Adv. No. 10-90120

                       Plaintiff
-against-

FRIAR TUCK RESORTS, INC., FRIAR TUCK INN
OF THE CATSKILLS, INC and BUCKINGHAM
VILLAGE RESORTS, INC.,
                       Defendants.

---

### CERTIFICATE OF SERVICE

    I, Leigh A. Hoffman, Esq, hereby certify that I served a true copy of the Order Resolving and Discontinuing Adversary Proceeding dated July 7, 2011, on the follow parties on July 8, 2011 in the following manners at the following addresses:

**Via Electronic Mail:**

Christian H. Dribusch, Esq.
Attorney for Defendants
Nottingham Village Dev Corp.
And Friar Tuck Inn of Catskills, Inc.
5 Clinton Square
Albany, NY 12207
chd@chdlaw.com

Francis J. Brennan, Esq.
Nolan and Heller
39 North Pearl Street
Albany, New York 12207
fbrennan@nolanandheller.com

Marc S. Ehrlich, Esq.
Ehrlich & Arcodia, P.C.
64 Second Street
Troy, New York 12180
mehrlich@eapclaw.com

                                                    /s/ Leigh A. Hoffman
                                                    Leigh A. Hoffman

1493538.doc

**McAdoo, Lynn**

| | |
|---|---|
| **From:** | Lynn McAdoo |
| **Sent:** | 07/08/2011 12:07 PM |
| **To:** | mehrlich@eapclaw.com; cdribusch@nycap.rr.com; fbrennan@nolanandheller.com |
| **CC:** | |
| **BCC:** | |
| **Attachments:** | DK 22 - Order resolving Bankruptcy.pdf |
| **Priority:** | Normal |
| **Request:** | None |
| **Security:** | Normal |
| **Deliver After** | 0  days(s) |
| **Subject:** | {Matter No.[L-EHRLICH.11.00292]}{Friar Tuck's Resorts, Inc. (Adversary Proceedings)} |

Attached please find a true copy of the Order Resolving and Discontinuing Adversary Proceeding with regard to the above captioned matter. Should you have questions or comments, please feel free to contact Leigh A. Hoffman, Esq. at the telephone number listed below.

Thank you,

Lynn McAdoo
Legal Assistant to F. Matthew Jackson, Pilar A. Cano, Leigh A. Hoffman, & Pedram Shahram
Deily, Mooney & Glastetter LLP
8 Thurlow Terrace
Albany, NY 12203
Tel. No.   (518) 436-0344 ext 4906
Fax. No.   (518) 436-8273
LMcAdoo@deilylawfirm.com
www.deilylawfirm.com

Confidentiality Statement:   "The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 518-436-0344 and return the original message to us at Deily, Mooney and Glastetter, LLP*8 Thurlow Terrace*Albany, NY 12203 via the United States Postal Service or at lawyers@deilylawfirm.com."

## McAdoo, Lynn

| | |
|---|---|
| **From:** | Lynn McAdoo |
| **Sent:** | 07/08/2011 12:24 PM |
| **To:** | chd@chdlaw.com |
| **CC:** | |
| **BCC:** | |
| **Attachments:** | DK 22 - Order resolving Bankruptcy.pdf |
| **Priority:** | Normal |
| **Request:** | None |
| **Security:** | Normal |
| **Deliver After** | 0 days(s) |
| **Subject:** | {Matter No.[L-EHRLICH.11.00292]}{Friar Tuck's Resorts, Inc. (Adversary Proceedings)} |

Attached please find a true copy of the Order Resolving and Discontinuing Adversary Proceeding with regard to the above captioned matter. Should you have questions or comments, please feel free to contact Leigh A. Hoffman, Esq. at the telephone number listed below.

Thank you,

**Lynn McAdoo**
Legal Assistant to F. Matthew Jackson, Pilar A. Cano, Leigh A. Hoffman, & Pedram Shahram
Deily, Mooney & Glastetter LLP
8 Thurlow Terrace
Albany, NY 12203
Tel. No.    (518) 436-0344 ext 4906
Fax. No.   (518) 436-8273
LMcAdoo@deilylawfirm.com
www.deilylawfirm.com

Confidentiality Statement: "The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 518-436-0344 and return the original message to us at Deily, Mooney and Glastetter, LLP*8 Thurlow Terrace*Albany, NY 12203 via the United States Postal Service or at lawyers@deilylawfirm.com."